```
                                   FILED
                          CLERK, U.S. DISTRICT COURT

                                May 18, 2016

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      PMC        DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZIMMERMAN, | Case No.: 2:16-cv-00853-SVW-DTB |
| Plaintiff, | District Judge: Hon. Stephen V Wilson |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Pursuant to the Stipulation for Dismissal Without Prejudice ("Stipulation") filed herein on May 11, 2016, by and between Trevor M Quirk of Quirk Law Firm, LLP, William D Marler of Marler Clark, LLP, and Simone M Montoya of Messner Reeves, LLP (collectively "Parties"), and the Court having considered the papers and pleadings on file herein:

IT IS HEREBY ORDERED that the Stipulation is approved. The entire action is hereby dismissed without prejudice.

Dated: May 18, 2016.

By: /s/ Stephen V. Wilson
STEPHEN V WILSON
DISTRICT JUDGE

---

ORDER FOR DISMISSAL WITHOUT PREJUDICE

1